In the Matter of CLAYTON H. MASTEN, an Alleged Delinquent Child. THE PEOPLE OF THE STATE OF NEW YORK, Respondent; CLAYTON H. MASTEN, by His Guardian ad Litem, Appellant.

Argued April 13, 1950; decided May 18, 1950.

*Emmett A. Glynn* and *Charles P. Caputo* for appellant.
*Allen H. Pulsifer, District Attorney,* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.